374 A.2d 698

Check Appeal.

Argued March 22, 1977. Lawrence B. Fox, with him Newman, Fox & Parks, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

374 A.2d 698

Clark, et al. v. Goss, Appellant.

Argued March 22, 1977. Charles Jay Bogdanoff, with him Joel M. Lieberman, for appellant; Richard C. Ferroni, with him Matty and Ferroni, for appellees.

Judgment affirmed.